UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY RAY BRITTON, JR., | No. 2:18-cv-2974 KJN P |
| Plaintiff, | |
| v. | ORDER |
| CALIFORNIA SUPERIOR COURT, et al., | |
| Defendants. | |

Plaintiff, a county prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. On November 14, 2018, plaintiff filed an in forma pauperis affidavit. (ECF No. 2.) The November 14, 2018 in forma pauperis affidavit was not properly completed in that plaintiff did not submit the entire form, including the page for certification by jail officials of plaintiff's trust account balance. In addition, plaintiff did not include a certified copy of his jail trust account statement for the six months period immediately preceding the filing of the complaint. Accordingly, on November 21, 2019, the undersigned granted plaintiff thirty days to submit a properly completed in forma pauperis affidavit. (ECF No. 5.)

On December 7, 2018, plaintiff filed a second application for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. (ECF No. 9.) The section of the application requiring certification by jail officials is not complete. In addition, plaintiff did not file a certified copy of his jail trust account statement for the six months period immediately preceding the filing of the

1

complaint.

On a paper submitted with the December 7, 2018 in forma pauperis application, plaintiff wrote, "This is what I got back. At least I got back something." (Id. at 3.) Plaintiff appears to suggest that he submitted the in forma pauperis application to jail officials, but they failed to complete the form and provide him with his trust account statement.

Plaintiff is granted thirty days to submit a properly completed in forma pauperis application. If jail officials refuse to complete the form or fail to provide plaintiff with his trust account statement, plaintiff shall notify the court within that time. In that briefing, plaintiff shall identify the date he submitted his request and identify the jail officials to whom he gave his request, by name or badge number, if possible. Plaintiff shall identify the jail officials, by name or badge number, who provided him with an incomplete response to his application, if possible.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall submit, within thirty days of the date of this order, a properly completed affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of the Court, or the required fees in the amount of $400; plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed; and

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner;

3. If plaintiff is unable to obtain a properly completed application to proceed in forma pauperis from jail officials, he shall file the briefing discussed above regarding this matter within thirty days of the date of this order.

Dated: January 17, 2019

KENDALL J. NEWMAN  
UNITED STATES MAGISTRATE JUDGE

Brit2974.3a.kc