UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY RAY BRITTON, JR., | No. 2: 18-cv-2974 KJN P |
| Plaintiff, | |
| v. | ORDER |
| CALIFORNIA SUPERIOR COURT, et al., | |
| Defendants. | |

Plaintiff is a prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On March 22, 2019, the undersigned dismissed plaintiff's complaint with thirty days to file an amended complaint. (ECF No. 17.)

On April 3, 2019, plaintiff filed a document titled "Amended Complaint." (ECF No. 20.) This document is not prepared on a complaint form. Plaintiff's amended complaint does not identify the defendants, or the relief sought. For this reason, the undersigned finds that plaintiff's amended complaint does not comply with Federal Rule of Civil Procedure 8, which requires complaints to contain a short and plain statement of the claim and a demand for the relief sought. On these grounds, the amended complaint is dismissed with leave to amend.

On April 29, 2019, plaintiff filed a document which appears to be a supplement to the amended complaint. Plaintiff is informed that all complaints must be complete without reference to other documents. In other words, piecemeal amendment is not permitted.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's amended complaint is dismissed with thirty days to file a second amended complaint; failure to file a second amended complaint within that time will result in a recommendation of dismissal of this action;

2. The Clerk of the Court is directed to send plaintiff the form for a civil rights complaint by a prisoner.

Dated: June 19, 2019

*Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Britt2974.ame