UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY RAY BRITTON, JR.,, <br><br> Plaintiff, <br><br> v. <br><br> CA. SUPERIOR COURT, et al., <br><br> Defendants. | No. 2: 18-cv-2974 JAM KJN P <br><br><br> ORDER |

Plaintiff, proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 06, 2020, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has not filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 06, 2020, are adopted in full;

2. The claims made against defendants Sacramento County Superior Court and deputy

public defenders in claim one, claim two but for the due process claim against defendant Rolison, and claims three and four contained in the second amended complaint are dismissed.

DATED: March 23, 2020

                                            /s/ John A. Mendez

                                            UNITED STATES DISTRICT COURT JUDGE