UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY RAY BRITTON,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA SUPERIOR COURT, et al.,<br><br>Defendants. | No. 2: 18-cv-2974 JAM KJN P<br><br><br><br>ORDER |

    Plaintiff, proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On March 16, 2020, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days.

    The March 16, 2020 findings and recommendations reviewed the fourth amended complaint and recommended that this action be dismissed.  (ECF No. 34.)  On March 26, 2020, plaintiff filed a letter with the court which appears to address the March 16, 2020 findings and recommendations.  (ECF No. 36.)  Construing plaintiff's March 26, 2020 letter as objections, the undersigned finds that this letter does not cure the pleading defects discussed in the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

    1. The findings and recommendations filed March 16, 2020 are adopted in full; and

    2. This action is dismissed.

DATED:  May 11, 2020

                                                     /s/ John A. Mendez_____
                                                   UNITED STATES DISTRICT COURT JUDGE